**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAREN TURLEY and MICHAEL TURLEY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 14-cv-00004 (TSC)(AK) |
| DISTRICT OF COLUMBIA, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon careful consideration of the record in this case, Magistrate Judge Kay's Report & Recommendation (ECF No. 11), and the objections and responses thereto (ECF Nos. 13-15), the Court hereby **ADOPTS** and **ACCEPTS** the Report and Recommendation in full. It is therefore

**ORDERED** that Plaintiffs' motion for summary judgment (ECF No. 7) is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Plaintiffs are awarded total fees and costs of $28,743.54 as calculated at page 24 of Magistrate Judge Kay's Report & Recommendation; and it is further

**ORDERED** that Defendant shall make this payment to Plaintiffs not later than May 1, 2015; and it is further

**ORDERED** that the Court retains jurisdiction over this matter for the purpose of enforcing the directives set forth in this order and resolving any disputes or other matters related thereto.

THIS IS A FINAL APPEALABLE ORDER.

Date:  March 23, 2015

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge